IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **In re Kristen L. Bailey** : | |
| : | Case No. 2:20-cv-05384 |
| : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| : | |
| : | U.S. Bankruptcy Court – Southern District |
| : | of Ohio NO. 2:20-bk-51657 |
| : | |
| _____ | |
| **Abbey N. Silveous,** : | |
| : | Case No. 2:20-cv-05387 |
| **Appellant,** : | |
| : | U.S. Bankruptcy Court – Southern District |
| v. : | of Ohio NO. 2:20-ap-02072 |
| : | |
| **Kristen L. Bailey,** : | |
| : | |
| **Appellee.** : | |

## OPINION & ORDER

This matter is before the Court on Appellant Abbey N. Silveous' Unopposed Motion to Consolidate the two pending bankruptcy appeals. (2:20-cv-05384, ECF No. 7; 2:20-cv-05387, ECF No. 7). For good cause shown, the Motions are **GRANTED** and the above-captioned cases are hereby consolidated.

Also before the Court is an Unopposed Motion for Extension of Time. (2:20-cv-05384, ECF No. 8; 2:20-cv-05387, ECF No. 8). Ms. Silveous' counsel was recently diagnosed with Covid-19 and, as a result, requests an additional two weeks to file her first brief in the above appeals. Due to this unavoidable health issue, this Court **GRANTS** the Motions for Extension of Time [#8]. The parties are therefore **DIRECTED** to submit their briefs according to the following modified

1

schedule: Appellant's Brief due January 18, 2021; Appellee's Brief due February 16, 2021; and Appellant's Reply due March 2, 2021.

**IT IS SO ORDERED.**

**DATED:  December 30, 2020**

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**