# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **In re Kristen L. Bailey** : | |
| : | Case No. 2:20-cv-05384 |
| : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| : | |
| : | U.S. Bankruptcy Court – Southern District |
| : | of Ohio No. 2:20-bk-51657 |
| _____ : | |
| **Abbey N. Silveous,** : | |
| : | Case No. 2:20-cv-05387 |
| Appellant, : | |
| : | U.S. Bankruptcy Court – Southern District |
| v. : | of Ohio No. 2:20-ap-02072 |
| : | |
| **Kristen L. Bailey,** : | |
| : | |
| Appellee. : | |

## ORDER

This matter is before the Court on the Appellant Abbey Silveous' Motion for Stay. (ECF No. 11). The U.S. Bankruptcy Court recently granted Appellant's motion for abstention and stayed the Adversary Proceeding pending the resolution of the State Court Action, but has not yet docketed the order. Appellant requests a seven-day stay to allow the Bankruptcy Court's order to be docketed and to determine how best to proceed. Accordingly, Appellant's Motion [#11] is **GRANTED,** and the above-captioned cases are hereby stayed for seven days**.**

    IT IS SO ORDERED.

                                                                 **ALGENON L. MARBLEY**
                                                                  **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 21, 2021**

1